FILED IN OPEN COURT
ON 10/5/2026 by dmz
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-196-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| MARIO SCOTT | ) | ORDER |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Gavin Conley of the Raleigh Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 5, 2026, be transferred to Gavin Conley, Raleigh Police Department, to be retained in her custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 25 | Bloody Duct Tape |
| 77 | Latent fingerprint card – rear driver door |
| 30 | .45 shell casing from HRV |
| 31 | Duct Tape from HRV |
| 32 | Trash Bag |
| 33 | Gucci slide shoe (1) |
| 34 | Gucci slide shoe (2) |
| 35 | Black fabric glove from HRV |

SO ORDERED this the 5th day of October, 2026.

Louise W. Flanagan

United States District Judge

SO ACKNOWLEDGED:

______________________________
Gavin Conley, Raleigh Police Department

______________________________
Charles Loeser / Caroline Webb, Assistant U.S. Attorney